```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                         FORT PIERCE DIVISION
                    CASE NO. 09-14044 CR-GRAHAM
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

**TERRY BURNEY DELION, JR.,**

        Defendant.

_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON THE PETITION FOR VIOLATION OF SUPERVISED RELEASE

**THIS CAUSE** came before the Court upon the Petition for Violation of Supervised Release filed on May 17, 2019.

Magistrate Judge Shaniek N. Maynard held a Evidentiary Hearing was held on June 5, 2019 and a Report and Recommendation was filed recommending that Defendant's term of supervised release be revoked. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however to date, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that Magistrate Judge Maynard's Report and Recommendation on the violations set forth in the Petition for Violation of Supervised Release is hereby Adopted and Approved in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3rd day of June, 2019.

                                          _____
                                          DONALD L. GRAHAM
                                          UNITED STATES DISTRICT JUDGE

Copied: Fletcher Peacock, AFPD
        Carmen Lineberger, AUSA
        Christina Williams, USPO