```
          UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF FLORIDA
          CASE NO. 09-CR-14044-GRAHAM/MAYNARD
```

UNITED STATES OF AMERICA,

    Plaintiff

v.

TERRY BURNEY DELION, JR.,

    Defendant.

_____/

## ORDER

**THIS CAUSE** comes before the Court upon the Magistrate Judge's Report and Recommendation on Violation Number 4 of the Second Superseding Petition for Offender Under Supervision [D.E. 107].

**THE COURT** has conducted an independent review of the record and is otherwise fully advised in the premises.

**THIS MATTER** was assigned to the Honorable United States Magistrate Judge Shaniek M. Maynard [D.E. 46]. On September 16, 2020, a final revocation hearing was held [D.E. 105]. On September 18, 2020, Magistrate Judge Maynard issued a Report and Recommendation recommending that Defendant "be found to have violated his supervised release with respect to Violation Number 4." [D.E. 107].

Upon a finding "by a preponderance of the evidence that the defendant violated a condition of supervised release" Section 3583(e) permits the Court to "revoke a term of supervised release, and requires the defendant to serve in prison all or part of the

1

term of supervised release" 18 U.S.C. § 3583(e)(3). United States v. Cunningham, 607 F.3d 1264, 1266 (11th Cir. 2010). After de novo review of the record, the Court agrees that the Defendant's violation of supervised release has been proven by a preponderance of the evidence.

Accordingly, it is hereby

**ORDERED AND AJUDGED** that United States Magistrate Judge Shaniek M. Maynard's Report and Recommendation [D.E. 107] is hereby **RATIFIED, AFFIRMED and APPROVED in its entirety**. It is further

**ORDERED AND AJUDGED** that Defendant Delion is found to have violated his supervised release with respect to Violation 4.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2nd day of October, 2020.

> s/ DONALD L. GRAHAM
> DONALD L. GRAHAM
> UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record